UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JEFFREY JEFFERS

v.

THE CITY OF NEW YORK,
Maximo A. Tolentino
Deputy Inspector of the
83rd precinct, P.O. Glinsky #3977,
P.O. Voucass #20227 IN
their Official and Individual Capacity

Amended Complaint

15-CV-02965
(JG)(LB)

On and about March 3, 2015 at the 83rd precinct in Brooklyn, the plaintiff was arrested and taken to the 83rd to be booked and processed, during the stay at the 83rd precinct the plaintiff was forced to use a prisoner restroom that was infested with smeared human feces, urine, bugs and the walls and floors were littered with human feces and urine, the sink toilet also was covered in waste and urine

cont

with bugs and a unbearable stench, this restroom has been in this filthy condition since June 2014 when I was arrested their in the same condition which is not cleaned, to injure prisoners who are taken to the precinct and who are in custody, the plaintiff was bitten by some kinda bug while having to stand and defecate while held at the 83rd precinct from march 3, 2015 to march 6, 2015 and only feed once a day for a total of three (3) days before going to several hospitals and to centeral Booking, these conditions were inhumane and to even shock the conscience, the plaintiffs arresting officers knew of the hadazard conditions of restroom but still placed the plaintiff in harms way and did nothing to remedy the conditions or complaint of the conditions the prisoners who were in custody at the 83rd precinct nor the deputy inspector who is in command of precinct (cont)

Cont (3)

while acting under color of state Law purporting to do their civil duties knowingly did direct Jaintors, porters & staff to disinfect and clean the prisoners restroom violates the (8th) eighth amendment of cruel and unusual punishment, This restroom adjourns the holding pen at the 83rd precinct, which most all prisoners are held and where I was placed is a holding cell with no bathroom (toilet), or sink or running water, This restroom is located to the right of the room with the holdcell these area's are in one large room, and this happen to me on more than one occassion, June 2014 and in March 2015 and the same filthy conditions with feces, urine and bugs littered this restroom, yes the plaintiff was forced to use this

(cont)

restroom or urinenate or decfacate in the holding pen which only consist of a bench, floor and bars! so in order to use the bathroom you must be escorted to the bathroom unless you are placed in the back cells which are littered with trash urine, feces in the toilets and Inscects bat I was made to stay in the holding pen in march 2015 and June 2014 I was placed in both the back cells in the precinct and the holding pen, but not in March 2015 I had to endure this Inshamore act at the hands of the N.Y.P.D at the 83rd precinct for the City of New York who I was in

Cont (5)

care, custody and control of, this malicous act was done to cause harm and mental anguish to the prisoners which in fact caused the plaintiff mental anguish and distress on two occasions first in June 2014 The same Nasty filthy conditions in march 2015 in which I had to use this bathroom at least (5) five times to urinate and defacate under these Inhumane conditions, and (3) Three Times in June 2014 when I' was arrested also, I was forced to use this bathroom due to fact there is no bathroom in the holding pen at the 83rd precinct only in the cells and I was not put in the cells during my arrest, These conditions brought about distress, hardship and emotional anguish as well as a rash on my body.

## first course of action

The plaintiff seeks and demands compensatory damage relief from the defendants, The CITY OF NEW YORK at The 83rd Precinct for violating the plaintiff eighth amendment right, to be free from cruel and unusal pushinsment, by not providing a safe and secure condition (reestream) while in the custody of the NYPD at the 83rd Precinct by being exposed to hazardous health conditions that were infested with human feces and urine as if human decentcy was not a factor, the plaintiff demands "fifty thousand dollars" $50,000

## Second course of action

The plaintiff seeks and demands monteray damage relief from the defendants P.O. Vaucess, P.O. Glinsky for not creating a safe enviorment for the plaintiff while in there custody, a health risk arised and the plaintiffs liberty was taken away and put in harms way and exposed to unsafe dangerous atemsphere of harm and to shock the conscience by the conditions that the plaintiff was made to endure of cruel and unusual punishment the plaintiff demands " fifty thousand dollars $50,000

Third cause of action

The plaintiff seeks and demands compensatory damage relief from the defendant MAXIMO A. Tolentino for his actions of cruel and unusual punishment against the plaintiff for his part in supervisory liability for being the chief and commanding officer at the 83rd precinct and not having staff to clean and maintain the prisoners restroom, cells and holding pens but turned a blind eye and purporting to act under color of state law to cause the plaintiff harm

cont

Third cause cont
of action

duress, hardship sickness, emotional distress and to suffer cruel and unusual surrending while being detained at the 83rd preeinct for several days and not properly feed but to be treated as a animal and denied the standard bare neccesestaries of Life! The plaintiff seeks relief in the amount of " fifty Thousand dollars. and in total of Hundred and fifty thousand dollars and all other relief that the courts finds, Just Equitable and proper.

Mr. Jeffrey Jeffers Btc # 893-15-00408
1-11 Hazen Street,
48T Elmhurst, New York
N.D.C. 11370
20D-3 upper

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Attn: Pro-Se Clerk's Office